# United States Court of Appeals for the Federal Circuit

---

**FEDERAL EDUCATION ASSOCIATION - STATESIDE REGION, KAREN GRAVISS,**
*Petitioners*

**v.**

**DEPARTMENT OF DEFENSE, DOMESTIC DEPENDENTS ELEMENTARY AND SECONDARY SCHOOL,**
*Respondent*

---

2015-3173

---

Petition for review of an arbitrator's decision in No. 14-1024-00182-7 by Steven G. Hoffmeyer.

---

**ORDER**

---

DOROTHY LOUISE LEE, Federal Education Association Stateside Region, Dublin, OH, for petitioner Karen Graviss.

TARA K. HOGAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent. Also represented by CLAUDIA BURKE, ROBERT E. KIRSCHMAN, JR., CHAD A. READLER.

MATTHEW WHITMORE MILLEDGE, Office of General Counsel, American Federation of Government Employees, Washington, DC, for amicus curiae American Federation of Government Employees. Also represented by DAVID A. BORER, ANDRES MYLES GRAJALES.

KATHERINE MICHELLE SMITH, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, for amicus curiae Merit Systems Protection Board.

_____

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges.*

PER CURIAM.

A majority of the active judges of this court have voted to dissolve the en banc court. The case is hereby referred to the original panel for further proceedings.

*Circuit Judges* O'MALLEY and WALLACH dissent.

FOR THE COURT

| | |
|---|---|
| May 14, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |